

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00104-CV

REEF R. GILLUM, D.O., ET AL., Appellants

V.

GREG A. GILLUM, Appellee

On Appeal from the 14th District Court
Dallas County, Texas
Trial Court No. DC-12-03816

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Reef R. Gillum, D.O., et al., the appellants, have filed a motion seeking to dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     April 20, 2015
Date Decided:       April 21, 2015

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.